IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| TONJA TREADWAY, ) | **01C 9921** |
| Plaintiff, ) | |
| ) | JUDGE MORAN |
| v. ) | |
| ) | |
| GATEWAY CHEVROLET OLDSMOBILE, INC., ) | JURY DEMAND |
| Defendant. ) | |

**COMPLAINT**       MAGISTRATE JUDGE LEVIN

Plaintiff, Tonja Treadway, complains against Defendant Gateway Chevrolet Oldsmobile, Inc. ("Gateway Chevrolet"). Plaintiff seeks to recover damages from Defendant, Gateway Chevrolet, for violations of the Equal Credit Opportunity Act, ("ECOA") and the Fair Credit Reporting Act, ("FCRA").

*Parties*

1. Plaintiff, Tonja Treadway, is a consumer who lives in Illinois. Plaintiff demands a trial by jury.

2. Defendant, Gateway Chevrolet, is a corporation doing business in Illinois.

*Jurisdiction and Venue*

3. Federal question jurisdiction arises under the ECOA, 15 U.S.C. § 1691, and the FCRA, 15 U.S.C. § 1681 and 28 U.S.C. § 1331.

4. Venue is proper in this district under 28 U.S.C. § 1391(b) because the acts giving rise to this action occurred in substantial part in this district.

*Facts*

5. On October 17, 2001, Tonja Treadway was induced to go to Gateway Chevrolet and

apply for financing to purchase a vehicle.

6. Gateway Chevrolet denied her application for financing.

7. Gateway Chevrolet never gave her any specific reasons about why she was denied financing.

8. Moreover, Gateway Chevrolet never notified Treadway in writing as to the reasons why her application for financing had been denied.

## COUNT I
### *Violation of Equal Credit Opportunity Act*

9. Treadway incorporates paragraphs 1 through 8 into this count.

10. Gateway Chevrolet regularly arranges for the extension of credit to consumers for the purchase of automobiles.

11. Gateway Chevrolet also regularly selects creditors to whom requests for credit may be made.

12. Gateway Chevrolet attempted to arrange financing for Treadway.

13. Treadway was denied credit with respect to the transaction for which Gateway Chevrolet attempted to arrange financing.

14. By failing to notify Tonja Treadway in writing about the adverse credit action, Gateway Chevrolet violated Section 1691(d) of the Equal Credit Opportunity Act and is liable to Treadway under Section 1691e.

15. Treadway suffered damages as a result of Gateway Chevrolet's conduct in that she was deprived of civil rights, suffered mental distress and suffered loss of purchasing power.

2

WHEREFORE, Plaintiff, Tonja Treadway, respectfully requests that this Court enter judgment in her favor and against Defendant, Gateway Chevrolet, and:

(A) Award actual damages, pursuant to 15 U.S.C. 1691e(a), in an amount to be proven at trial;

(B) Award punitive damages, pursuant to 15 U.S.C. 1691e(b), in an amount sufficient to punish and deter Gateway Chevrolet and deter other similarly-situated automobile dealers from conducting themselves in the manner described in this count;

(C) Award costs and attorney fees, pursuant to 15 U.S.C. 1691e(d);

(D) Declare pursuant to 28 U.S.C. § 2201 that Gateway Chevrolet is a creditor under 15 U.S.C. § 1691a(e); and

(E) Award any other relief the Court deems just and appropriate.

## COUNT II
### *Violation of Fair Credit Reporting Act*

16. Treadway incorporates paragraphs 1 through 15 into this count.

17. Gateway Chevrolet took adverse action against Treadway based on information contained in a credit report.

18. Gateway Chevrolet never provided the disclosure required by 15 U.S.C. § 1681m.

19. Gateway Chevrolet willfully failed to comply with 15 U.S.C. § 1681m.

20. Treadway suffered damages as a result of Gateway Chevrolet's conduct in that she was deprived of valuable economic information; deprived of her rights to this information under the FCRA; and suffered emotional distress, including but not limited to fear and confusion.

WHEREFORE, Plaintiff, Tonja Treadway, respectfully requests that this Court enter judgment in her favor and against Defendant, Gateway Chevrolet, and award her:

3

(A) Any actual damages proved at trial or damages in an amount not less than $100 and not more than $1,000, under 15 U.S.C. 1681n;

(B) Punitive damages, under 15 U.S.C. § 1681n in an amount as the Court may allow;

(C) Costs and attorney fees, under 15 U.S.C. § 1681n; and

(E) Any other relief the Court deems just and appropriate.

        Respectfully submitted,
        Tonja Treadway, Plaintiff

        By: _____
        One of Her Attorneys

Christopher V. Langone
Mark T. Lavery
THE LANGONE LAW FIRM
25 East Washington, Suite 1805
Chicago, Illinois 60602
(312) 782-2000

Civil Cover Sheet                                                              Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

DOCKETED

DEC 2 8 2001

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** TONJA TREADWAY

**Defendant(s):** GATEWAY CHEVROLET OLDSMOBILE, INC.

County of Residence: COOK

County of Residence:

Plaintiff's Atty:  The Langone Law Firm
25 E. Washington, Suite 1805
Chicago, Illinois 60602
(312)782-2000

Defendant's Atty:

**01C 9921**

II. Basis of Jurisdiction:   3. Federal Question (U.S. not a party)

JUDGE MORAN

III. Citizenship of Principle
Parties (**Diversity Cases Only**)
    Plaintiff: - **N/A**
    Defendant: - **N/A**

MAGISTRATE JUDGE LEVIN

IV. Origin :          **1. Original Proceeding**

V. Nature of Suit:    **890 Other Statutory Actions**

VI. Cause of Action:  **Violation of the Equal Credit Opportunity Act and the Fair Credit Reporting Act**

VII. Requested in Complaint
        Class Action: **No**
        Dollar Demand:
        Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____

Date: _____12/27/01  Happy New Year!!_____

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**        Revised: 06/28/00

1-2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

DOCKETED
DEC 2 8 2001

In the Matter of

TONJA TREADWAY

V.

GATEWAY CHEVROLET OLDSMOBILE, INC.

Case Number: **01C 9921**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

JUDGE MORAN

TONJA TREADWAY

MAGISTRATE JUDGE LEVIN

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Christopher V. Langone | NAME: Mark T. Lavery |
| FIRM: The Langone Law Firm | FIRM: The Langone Law Firm |
| STREET ADDRESS: 25 East Washington, Suite 1805 | STREET ADDRESS: 25 East Washington, Suite 1805 |
| CITY/STATE/ZIP: Chicago, Illinoie 60602 | CITY/STATE/ZIP: Chicago, Illinoie 60602 |
| TELEPHONE NUMBER: (312) 782-2000 | TELEPHONE NUMBER: (312) 782-2000 |
| IDENTIFICATION NUMBER: 6211195 | IDENTIFICATION NUMBER: 6271291 |
| MEMBER OF TRIAL BAR? YES ✔ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ✔ |
| TRIAL ATTORNEY? YES ✔ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ✔ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ✔ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |